UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 7 2015

David J. Bradley, Clerk

UNITED STATES OF AMERICA §
§
v. § Criminal No. M-15-0045
§
§
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
RUBEN GONZALEZ-ELIZONDO §
also known as Meno §
JESUS CORTES §
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about June 2012 to on or about September 2012, in the Southern District of Texas and within the jurisdiction of the Court, defendants,



RUBEN GONZALEZ-ELIZONDO
also known as Meno
JESUS CORTES

did knowingly and intentionally conspire and agree together and with other person or persons known and unknown to the Grand Jurors, to possess with intent to distribute controlled substances. The controlled substances involved were 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, 1 kilogram or more of a

mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Two

From on or about June 11, 2012 to on or about June 13, 2012, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,


**and**
**RUBEN GONZALEZ-ELIZONDO**
**also known as Meno**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 1 kilogram or more, that is, approximately 17.2 kilograms of a mixture or substance containing a detectable amount of heroin, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## Count Three

From on or about June 11, 2012 to on or about June 13, 2012, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,


**and**
**RUBEN GONZALEZ-ELIZONDO**
**also known as Meno**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 50 grams or more, that is, approximately 15 kilograms of a

mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its insomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## Count Four

On or about June 29, 2012, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,


**RUBEN GONZALEZ-ELIZONDO**
also known as Meno
and

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 132.5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## Count Five

On or about July 7, 2012, in the Southern District of Texas, and within the jurisdiction of the Court, defendant,

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 16.5 kilograms of a

mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Six

On or about August 21, 2012, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**RUBEN GONZALEZ-ELIZONDO**
**also known as Meno**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 2.26 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### Count Seven

On or about August 27, 2012, in the Southern District of Texas, and within the jurisdiction of the Court, defendant,

**RUBEN GONZALEZ-ELIZONDO**
**also known as Meno**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 8.63 kilograms of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### Count Eight

On or about August 28, 2012, in the Southern District of Texas, and within the jurisdiction of the Court, defendant,

███████████████████████

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 11.40 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*[signature]*
ASSISTANT UNITED STATES ATTORNEY